UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　CASE NO. 2:22-cr-82-TPB-KCD
　　　　　　　　　　　　　　　　18 U.S.C. § 1040
WILHELMINA BENSON

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 19, 2017, in the Middle District of Florida, and elsewhere, the defendant,

WILHELMINA BENSON

knowingly made a materially false, fictitious, and fraudulent statement and representation and made and used a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and representation, in any matter involving any benefit authorized, transported, transmitted, transferred, disbursed, and paid, said benefit being a record, voucher, payment, money, and thing of value of the United States and of the Federal Emergency Management Agency ("FEMA"), a department and agency of the United States, in connection with the Presidential Disaster Declaration for the State of Florida (FEMA-4337-DR), effective September 4,

2017, a disaster declaration made under the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. *et. seq.*, in that the defendant made a fraudulent application for assistance from FEMA's Individuals and Households Program for Hurricane Irma in which the defendant falsely represented that due to storm damage to her primary residence, she was in need of rental assistance, that is, money, in order to pay for living at rental properties located on Gateway Boulevard and Golfview Boulevard in Lehigh Acres, Florida.

In violation of 18 U.S.C. § 1040(a)(2) and (b)(3).

A TRUE BILL,

███████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Trenton J. Reichling
Assistant United States Attorney

By: *[signature]*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

2

FORM OBD-34
August 22

No. 2:22-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

WILHELMINA BENSON

## INDICTMENT

Violations:   18 U.S.C. §§ 1040(a)(2) and (b)(3)

A true bill,

███████████████████████████
Foreperson

Filed in open court this 10th day

of August, 2022.

_____
Clerk

Bail $_____

GPO 863 525